# EXHIBIT A

| Date | Representation | Speaker | Hearer |
|---|---|---|---|
| Mar. '19 | "[T]he Facility would be able to run a wide range of crude." FAC ¶16. | Obluda | TXIT and GCC |
| Nov. '18 to Jan. '19 | Sent yield summary tables evaluating results of different crudes run through a simulation model. FAC ¶15. | Obluda | TXIT and GCC |
| Mar. '19[11] | "[W]ith a certain blend, the Facility would be able to achieve a throughput of up to [65,000] barrels per day." FAC ¶74. | Obluda | GCC |
| Mar. '19 | Polaris "did not see any individual crude that would be completely precluded from the Facility," that the unit should be able to run the majority of crudes needed with certain specified exceptions, and that there are not real limitations on specific crudes. FAC ¶74. | Obluda | GCC |
| Sept. '19 Oct. '19 Jan. '20 | Sent "additional yield tables representing several possible crudes that could be run through the unit Polaris designed and the expected yields that would result." FAC ¶23. | Obluda | TXIT and GCC |
| May '20 | Certificate of Mechanical Completion certifying that Polaris had mechanically completed work in accordance with the ISBL Agreement. FAC ¶75. | Nodier | TXIT |
| Summer 2020 | Desalter would function properly when processing crude within the range. FAC ¶75. | Nodier | TXIT and GCC |
| Mar. '19 | Simulations of crude "that could run through the Facility … may be of value to TXIT." FAC ¶73. | Nodier | TXIT |

---

[11] Paragraph 74 continues with the timing mentioned in Paragraph 73—"before and after the execution of the ISBL Agreement," or "in March 2019." This is the time when both of the alleged statements by Obluda in Paragraph 74 were made.

17