UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| POLARIS ENGINEERING, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| TEXAS INTERNATIONAL TERMINALS, LTD., | § § § § | CIVIL ACTION NO. 3:21-cv-00094 |
| Defendant / Counter-Plaintiff / Third-Party Plaintiff, | § § § | |

**<u>ORDER</u>**

On this day, the Court considered Texas International Terminals, Ltd.'s ("TXIT") Motion for Leave to File Fifth Amended Pleading. After considering TXIT's Motion and any responses, the Court finds that the relief requested should be GRANTED. It is therefore ORDERED that TXIT may file its Fifth Amended Answer, Counterclaim, and Third-Party Complaint.

SIGNED on Galveston Island this ____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

1