# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| POLARIS ENGINEERING, INC., *Plaintiff/Counter-Defendant* v. TEXAS INTERNATIONAL TERMINALS, LTD., *Defendant/Counter-Plaintiff/Third-Party Plaintiff.* | CIVIL ACTION NO. 3:21-cv-00094 |

## ORDER

Before the court is Polaris Engineering, Inc.'s ("Polaris") Motion to Strike the evidence submitted with Texas International Terminals, Ltd.'s ("TXIT") Appeal [Dkt. 479] of Magistrate Judge Edison's recent decision [Dkt. 472], and that same evidence submitted with TXIT's Motion for Reconsideration [Dkt. 480].

Having considered the Motion, and the parties' responses and replies, the Court is of the opinion that the Motion should be granted. Accordingly, it is **ORDERED** that TXIT's evidence submitted with the above filings be stricken from the record and ignored on review of TXIT's appeal and motion; it is further **ORDERED** that TXIT's Motion for Reconsideration [Dkt. 480] is dismissed for lack of jurisdiction pending resolution of TXIT's appeal [Dkt. 479].

2

Signed on Galveston Island this _____ day of _____, 2023.

_____
Jeffrey Vincent Brown
United States District Judge

2